| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | WILLIAM L. PARRISH, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-Cr-05184 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE HEARING |
| v. | ) | AND ORDER THEREON |
| | ) | |
| WILLIAM L. PARRISH, JR., | ) | Date: August 22, 2005 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-entitled matter now set for July 25, 2005, may be continued to August 22, 2005, at 9:00 A.M.**

   This continuance is requested to allow the parties time to arrive at a resolution of the case.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: July 21, 2005                By:  /s/ Francine Zepeda with consent of
                                                            JONATHAN B. CONKLIN
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

                                        QUIN DENVIR
                                        Federal Public Defender

DATED: July 21, 2005                By:  /s/ Francine Zepeda
                                                            FRANCINE ZEPEDA
                                                            Assistant Federal Defender
                                                            Attorneys for Defendant
                                                            WILLIAM L. PARRISH, JR.

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 25, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE