```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  WILLIAM L. PARRISH, JR.
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   NO. 1:04-Cr-05184 AWI
                                  )
12           Plaintiff,           )   STIPULATION CONTINUING STATUS
                                  )   CONFERENCE HEARING
13       v.                       )   AND ORDER THEREON
                                  )
14  WILLIAM L. PARRISH, JR.,      )   Date:  August 29, 2005
                                  )   Time:  9:00 A.M.
15           Defendant.           )   Judge: Hon. Anthony W. Ishii
                                  )
16  _____)
17
```

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing in the above-entitled matter now set for August 22, 2005,**

20  **may be continued to August 29, 2005, at 9:00 A.M.**

21      This continuance is requested to allow the parties time to arrive at a resolution of the case.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 18, 2005    By: /s/ Francine Zepeda with consent of
JONATHAN B. CONKLIN
Assistant United States Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 18, 2005    By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
WILLIAM L. PARRISH, JR.

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:  August 22, 2005**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE