QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM L. PARRISH, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM L. PARRISH, JR., ) <br> ) <br> Defendant. ) <br> ) | NO. 1:04-Cr-05184 AWI <br><br> STIPULATION CONTINUING STATUS CONFERENCE HEARING AND RESETTING FOR CHANGE OF PLEA <br> AND ORDER THEREON <br><br> Date:  October 3, 2005 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-entitled matter now set for August 29, 2005, may be continued to October 3, 2005, at 9:00 A.M., and reset for change of plea hearing.**

This continuance is requested by counsel for defendant because the defendant is scheduled to undergo medical examination and testing and is not available for court on the date now set for hearing.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ Francine Zepeda with consent of
DATED: August 25, 2005              By:       _____
                                              JONATHAN B. CONKLIN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              QUIN DENVIR
                                              Federal Public Defender


DATED: August 25, 2005              By:       /s/ Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              WILLIAM L. PARRISH, JR.
```

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 25, 2005**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE