DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM L. PARRISH, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05184 AWI |
| Plaintiff, | ORDER GRANTING PETITION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| WILLIAM L. PARRISH, JR., | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

Having read defendant's unopposed petition for early termination of probation, and good cause appearing, **IT IS HEREBY ORDERED** that defendant's petition **IS GRANTED**. The 60-month term of probation imposed March 27, 2006 and entered March 30, 2006, is hereby terminated.

IT IS SO ORDERED.

**Dated:   April 13, 2009**              /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Petition For
Early Termination of Probation